RECEIVED

DEC 28 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED

DEC 28 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., P-C VENTURES LLC, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON WIRELESS LLC, AT&T MOBILITY LLC, and SPRINT NEXTEL CORPORATION, <br><br> Defendants. | Case No. 4:12-CV-00631-CDP <br><br> **UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, if good cause is shown, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all Orders of this Court shall be sent to the United States; and that

7. should the relator or any of the defendants propose that this action be voluntarily dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 3rd day of January, 2013.

_____
CHIEF UNITED STATES DISTRICT JUDGE